UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ELAND INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 7:18-cv-71-D** |
| ) | |
| PROJECT MANAGEMENT QUALITY ) | |
| SERVICES, INC., KATHERINE COLEMAN, ) | |
| STEVEN EDMONDS, and DEREK WALKER, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 20], DECLINES to exercise supplemental jurisdiction over plaintiff's state-law claims, DISMISSES without prejudice plaintiff's state law claims, and DENIES as moot defendants' remaining motion [D.E. 13].

**This Judgment Filed and Entered on March 20, 2019, and Copies To:**

David Paul Ennis                                   (via CM/ECF electronic notification)

Allison Clarice Tomberlin                      (via CM/ECF electronic notification)

DATE:                                                    PETER A. MOORE, JR., CLERK

March 20, 2019                                    (By) /s/ Nicole Sellers
                                                             Deputy Clerk